**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Eunice HUSBAND, Defendant–
Appellant.**

No. 15–7699.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2016.

Decided: March 1, 2016.

Eunice Husband, Appellant Pro Se. Michael D. Stein, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM Opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eunice Husband appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Husband,* No. 1:08–cr–00016–IMK–1 (N.D.W.Va. Sept. 29, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*